**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**CHARLESTON DIVISION**

| | | |
|---|---|---|
| James D. Robertson, # 5607,<br><br>Plaintiff,<br><br>v.<br><br>Joel Anderson, Director, South Carolina Department of Corrections; Lydell Chestnut, Deputy Director Broad River Correctional Secure Facility; and Dr. Andrew Hedgepath, Chief of Psychiatry,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>2:26-cv-3773-TMC-MGB<br><br>**DEFENDANTS' ANSWERS TO LOCAL RULE 26.01 INTERROGATORIES** |

Defendants Joel Anderson, Director of the South Carolina Department of Corrections; Lydell Chestnut, Deputy Director of Broad River Correctional Secure Facility; and Dr. Andrew Hedgepath, Chief of Psychiatry (collectively, "Defendants") hereby submit the following responses to Local Civil Rule 26.01 (D.S.C.) Interrogatories:

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**ANSWER:** **Defendants are not aware of any such interests at this time.**

B. As to each claim, state whether it should be tried jury or non-jury and why.

**ANSWER:** **Plaintiff appears to only be seeking declaratory and injunctive relief from Defendants, and accordingly, this matter should be tried non-jury.**

C. State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is apparent, subsidiary,

partner, or affiliate; (2) each publicly owned company which owns 10% or more of the outstanding shares or other indicia of ownership of the parties; (3) each publicly owned company in which the party owns 10% or more of the outstanding shares.

**<u>ANSWER:</u> Defendants are individuals employed by the South Carolina Department of Corrections, which is an agency of the State of South Carolina. Accordingly, Defendants are not a parent, subsidiary, partner, or affiliate of any publicly owned company, no publicly owned company owns ten percent or more of Defendants, and Defendants do not own ten percent or more of any publicly owned company.**

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**<u>ANSWER:</u> Plaintiff filed this case in the Charleston Division of the United States District Court for the District of South Carolina. The case is appropriately filed in federal court pursuant to 42 U.S.C. § 1983, and it appears to have been appropriately filed in the Charleston Division in light of Plaintiff's assertion that this case is related to another action (2:11-cv-00063-TMC-MGB) that is pending in the Charleston Division.**

E. Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related actions; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases which may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings or events; involved the identical parties or properties; or for any other reason that would entail substantial duplication of labor if heard by different judges.

**<u>ANSWER:</u> Plaintiff's contend that this matter is related to *Robertson v. J. Anderson et al.*, 2:11-cv-00063-TMC-MGB.**

F. If the Defendants are improperly identified, give the proper identification and state whether counsel will accept service of an amended Summons and Pleading reflecting the correct identification.

**ANSWER: Defendants are properly identified.**

G. If you contend that some other person or legal entity is, in whole or in part, liable to you or the party asserting a claim against you in this matter, identify such person or entity and describe the basis of said liability.

**ANSWER: Defendant asserts that it is not aware of the identity of anyone that is liable to Plaintiff. However, because this case is in its infancy, Defendant reserves all defenses.**

SMITH | ROBINSON

*s/ Daniel C. Plyler*
DANIEL C. PLYLER, FED. ID #9762
AUSTIN T. REED, FED. ID #13405
FREDERICK N. HANNA, JR., FED. ID #13826
3200 Devine Street
Columbia, SC 29205
T: 803-254-5445
F: 803-254-5007
Daniel.Plyler@SmithRobinsonLaw.com
Austin.Reed@SmithRobinsonLaw.com
Fred.Hanna@SmithRobinsonLaw.com

*Counsel for Defendants*

Columbia, South Carolina

September 22, 2026